**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SHARON F-S., | § | |
|       Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | No. 3:21-CV-91-E-BW |
| | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
|       Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **GRANTS** Plaintiff's counsel's "Petition to Obtain Approval of a Fee for Representing a Social Security Claimant" (Dkt. No. 35) and awards Ronald D. Honig **$42,171.75**, in attorney's fees to be certified for payment out of Plaintiff's past-due benefits under 42 U.S.C. § 406(b).

Plaintiff's counsel is further **ORDERED** to promptly return to Plaintiff the two Equal Access to Justice Act ("EAJA") awards totaling $12,070.85 ($6,440.10 in the present case and $6,356.20 in the previous case).

**SO ORDERED** on this 6th day of January, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE